UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

WARREN WILDER

Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR- ( )( )

21 MAG 309

Defendant __WARREN WILDER__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_  Bail/Detention Hearing

___  Conference Before a Judicial Officer

__S/ Warren Wilder /otw__
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__WARREN WILDER__
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

__CALVIN H. SCHOLAR__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__1/13/2021__
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge